*UNITED STATES DISTRICT COURT FOR THE*
NORTHERN ILLINOIS DISTRICT
EASTERN DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff

vs.                                    CASE NO:

**Carlos Gomez**

    Defendant

## COMPLAINT

The United States of America, plaintiff, alleges that:

## JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

2. The defendant resides within the jurisdiction of this Court.

## STATEMENT OF THE CLAIM

3. Pursuant to the provisions of Title IV of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1071-1087ii, the defendant(s) executed promissory note(s) as more fully set forth in the Certificate of Indebtedness attached hereto as Exhibit "B". A copy of the note(s) is attached hereto as Exhibit "A".

4. The Defendant(s) is indebted to the United States for the following amounts: Current principal balance *(after application of all prior payments, credits, and offsets):* $27,447.60; plus current Capitalized Interest Balance and Accrued Interest: $24,702.71; plus Administrative Fee, Costs, Penalties: $0.00; making the total owed (exclusive of judgment interest, attorney's fees and costs) $52,150.31, plus attorney's fees costs and post-judgment interest.

5. The Certificate of Indebtedness, attached as Exhibit "B", shows the total owed excluding attorney's fees and Court costs and related charges. The principal

balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 3.27% per annum from the date stated in Exhibit "B". The promissory notes which are at issue are attached as Exhibit "A" hereto.

### FAILURE TO PAY

6. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**WHEREFORE**, the United States of America prays for judgment:

A. For the sums set forth in paragraph 2 above, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 with that interest on the judgment at the legal rate per annum until paid in full;

B. For attorneys' fees allowed by law or contract; and

C. For such other relief which the Court deems proper.

                    Respectfully submitted,

                    /s/John A. Goudge
                    John Alan Goudge
                    GREENE AND LETTS
                    111 W. Washington Street, Suite 1650
                    Chicago, IL  *60602*
                    Telephone No. 312-346-1100
                    Fax No. 312-346-4571
                    ATTORNEY FOR THE UNITED STATES OF AMERICA

Dated:  July 22, 2011

*NOTICE:* √ IF THIS LINE IS CHECKED, THE NOTES ARE TRUE COPIES.

**CDCS Number**: 2011A55805
*SSN* XXXXXX-6316 / *DOB* 12/11/1962